UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 18bk07325 |
| LaDon Harris | ) | |
| Octavia Harris | ) | Chapter 13 |
| | ) | |
| Debtors. | ) | Honorable Timothy A. Barnes |
| | ) | |

## FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO GERACI LAW LLC, ATTORNEYS FOR DEBTORS, FOR ALLOWANCE AND PAYMENT OF FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 5,638.15 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 934.50 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 4,703.65 | TOTAL COSTS ALLOWED: | $ 0.00 |

**TOTAL FEES AND COSTS ALLOWED: $4,703.65**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)  Insufficient Description – TOTAL of disallowed amounts: $844.50**

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

In this case, counsel frequently referenced to calls and texts to the client without providing sufficient information for the court to determine whether the time spent was beneficial to the estate.

(2)    **Improper Allocation of Professional Resources – TOTAL of disallowed amounts: $90.00**

The Court denies the allowance in part of compensation for the indicated task(s) as a professional with a lower level of skill and experience or a paraprofessional could have performed the task(s). In re Pettibone, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); In re Wildman, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same); In re Alberto, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (Squires, J.) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

Dated: **23 AUG 2018**

Timothy A. Barnes
United States Bankruptcy Judge

# Time Itemization for LaDon Harris and Octavia Harris, Debtor(s)

Docket No.: 18-07325

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 01/12/2018 | **Client Text Message Sent** Review of record, response drafted and text message sent to client. | Mario Arreola | SENIOR ATTORNEY | $ 325.00 | 0.06 | $ 19.50 |
| 01/12/2018 | **Sign-Up on 1st Appt** Client interview at 1st appointment: Attorney meeting with client(s):, agreement of representation for bankruptcy proceedings after discussion of all intake forms, documents, assets and liabilities. Discussion during interview of both Chapter 7 and 13 bankruptcy and other options. Provided clients with contract information & bankruptcy folder and went over contents in detail. | Mario Arreola | SENIOR ATTORNEY | $ 325.00 | 1.00 | $ 325.00 |
| 01/12/2018 | **Drafted 13 Plan Calculator** Draft of Chapter 13 Plan Calculator and saved to record | Mario Arreola | SENIOR ATTORNEY | $ 325.00 | 0.40 | $ 130.00 |
| 01/15/2018 | **Scanned Sign Up Forms** Updated client record with proper contact information, documents received, lawsuit search result and prior case filing search. | Venus Peters | INTAKE - PART TIME | $ 50.00 | 0.20 | $ 10.00 |
| 01/15/2018 | **Call to Client** Call to client by corresponding attorney/paralegal rep | Elizabeth Doren | SENIOR PARALEGAL | $ 125.00 | 0.10 | $ 12.50 |

Insufficient Description (1)

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 01/17/2018 | **Text - PET no RP** Text to client advising petition and schedules are ready for review, finalization & signature | Scott Stoolmaker | OPERATIONS MANAGER | $ 250.00 | 0.10 | $ 25.00 |
| 01/21/2018 | **Work Done** Work completed: Receipt of uploaded client documents and reviewed by representative and updated petition with accurate information | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 1.30 | $ 357.50 |

# Time Itemization for LaDon Harris and Octavia Harris, Debtor(s)

Docket No.: 18-07325

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 01/26/2018 | **Credit Counseling Certificate Scanned** Pre-Filing Credit Counseling Certificate examined for UST 16 digit code and date of completion and scanned into client's ECF folder | Jasmine Tucker | SENIOR PARALEGAL | $125.00 | 0.20 | $25.00 |
| 01/26/2018 | **Client Text Message Sent** Review of record, response drafted and text message sent to client. | Brittany Polk | PARALEGAL | $85.00 | 0.06 | $5.10 |
| 01/26/2018 | **Client Text Message Sent** Review of record, response drafted and text message sent to client. | Tarek Khalil | JUNIOR ATTORNEY | $275.00 | 0.06 | $16.50 |
| 01/26/2018 | **Drop In** Client appeared in the office to meet with attorney | Tarek Khalil | JUNIOR ATTORNEY | $275.00 | 0.30 | $82.50 |
| 01/29/2018 | **Client Called** Call received from Client | Moses Polonio | SENIOR PARALEGAL | $125.00 | 0.20 | $25.00 |
| 01/29/2018 | **Client Text Message Sent** Review of record, response drafted and text message sent to client. | Moses Polonio | SENIOR PARALEGAL | $125.00 | 0.06 | $7.50 |
| 01/30/2018 | **Work Done** Work completed: Client documents received via upload, reviewed and petition updated | Anna Morowczynski | SENIOR PARALEGAL | $125.00 | 0.80 | $100.00 |
| 01/30/2018 | **Appointment Confirmation Text** Appointment confirmation text requesting reply | Elizabeth Doren | SENIOR PARALEGAL | $125.00 | 0.10 | $12.50 |

(1)

Time Itemization for LaDon Harris and Octavia Harris, Debtor(s)              Docket No.: 18-07325

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 01/30/2018 | **Call to Client** Call to client by corresponding attorney/paralegal rep | Mario Arreola | SENIOR ATTORNEY | $ 325.00 | 0.10 | $ 32.50 |
| 01/30/2018 | **Client Corner Message Sent** Message sent to client via the online Client Corner. | Mario Arreola | SENIOR ATTORNEY | $ 325.00 | 0.10 | $ 32.50 |
| 01/30/2018 | **Tax Transcript Req Faxed** IRS Form 2848 (Power of Attorney) faxed to IRS. | Daniel Smith | PARALEGAL | $ 85.00 | 0.20 | $ 17.00 |
| 01/30/2018 | **Review Cases for SDI or NSP** Prepare for upcoming scheduled appointment by reviewing record and potiential issues that client needs to handle at appointment. | Steven Camp | JUNIOR ATTORNEY | $ 275.00 | 0.20 | $ 55.00 |
| 01/30/2018 | **Confirm Client Consultation** Review of file and call to client for appointment reminder. | Elizabeth Doren | SENIOR PARALEGAL | $ 125.00 | 0.10 | $ 12.50 |
| 01/30/2018 | **Client Text Message Sent** Review of record, response drafted and text message sent to client. | Elizabeth Doren | SENIOR PARALEGAL | $ 125.00 | 0.06 | $ 7.50 |
| 01/30/2018 | **Client Text Message Received** Client Text Message Received and reviewed | Mario Arreola | SENIOR ATTORNEY | $ 325.00 | 0.06 | $ 19.50 |
| 01/30/2018 | **Client Corner Message Sent** Message sent to client via the online Client Corner. | Mario Arreola | SENIOR ATTORNEY | $ 325.00 | 0.10 | $ 32.50 |

# Time Itemization for LaDon Harris and Octavia Harris, Debtor(s)

Docket No.: 18-07325

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 01/31/2018 | **Client Text Message Sent** Review of record, response drafted and text message sent to client. | Brittany Polk | PARALEGAL | $ 85.00 | 0.06 | $ 5.10 |
| 02/01/2018 | **Text Confirmation Day of Appointment** Reminder text to client regarding upcoming appointment and location. | Elizabeth Doren | SENIOR PARALEGAL | $ 125.00 | 0.10 | $ 12.50 |
| 02/01/2018 | **Drafted 13 Plan** Drafted Chapter 13 Plan with information and updated record with correct terms | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.10 | $ 27.50 |
| 02/01/2018 | **Drafted Petition - 13** Drafted Chapter 13 Petition and Schedules from information provided by client at consultation with intake forms and other provided documents | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.80 | $ 220.00 |
| 02/01/2018 | **Work Done** Work completed: Reviewed Tax Transcript | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.40 | $ 110.00 |
| 02/01/2018 | **Judgment Lien Search** [Review of Real Estate title, mortgages, and any possible judgment lients] 305 Royal Oak Steger, IL 60475 | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.10 | $ 27.50 |
| 02/01/2018 | **Tax Documents Scanned** Taxes received, reviewed, and scanned | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.30 | $ 82.50 |
| 02/01/2018 | **Pay Advices Scanned** Pay Advices or other proof of income received, reviewed and added to petition and mean test and computer record. Scanned into client's ECF Folder and hard copies filed away | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.20 | $ 55.00 |

(3) Improper Allocation of Professional Resources

(2)

# Time Itemization for LaDon Harris and Octavia Harris, Debtor(s)

Docket No.: 18-07325

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 02/01/2018 | **Judgment Lien Search** [Review of Real Estate title, mortgages, and any possible judgment lients] 12504 S Yale Ave, Chicago, IL 60628 | Merid Mekonnen | JUNIOR ATTORNEY | $275.00 | 0.10 | $27.50 |
| 02/01/2018 | **Judgment Lien Recorded** Judgment lien search completed and information recorded to record | Merid Mekonnen | JUNIOR ATTORNEY | $275.00 | 0.10 | $27.50 |
| 02/01/2018 | **Drop In** Client appeared in the office to meet with attorney | Merid Mekonnen | JUNIOR ATTORNEY | $275.00 | 0.30 | $82.50 |
| 02/01/2018 | **Tax Transcript Years Missing** Taxes reviewed and noted missing years for Tax returns to be requested from IRS | Merid Mekonnen | JUNIOR ATTORNEY | $275.00 | 0.30 | $82.50 |
| 02/01/2018 | **Client Text Message Sent** Review of record, response drafted and text message sent to client. | Merid Mekonnen | JUNIOR ATTORNEY | $275.00 | 0.06 | $16.50 |
| 02/06/2018 | **Email Sent** Email sent to someone other than a current client. | Merid Mekonnen (1) | JUNIOR ATTORNEY | $275.00 | 0.20 | $55.00 |
| 02/07/2018 | **Appointment Confirmation Text** Appointment confirmation text requesting reply | Elizabeth Doren | SENIOR PARALEGAL | $125.00 | 0.10 | $12.50 |
| 02/07/2018 | **Review Cases for SDI or NSP** Prepare for upcoming scheduled appointment by reviewing record and potiential issues that client needs to handle at appointment. | Mariusz Zatorski | IN ATTORNEY | $275.00 | 0.20 | $55.00 |

# Time Itemization for LaDon Harris and Octavia Harris, Debtor(s)

Docket No.: 18-07325

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 02/08/2018 | **Text Confirmation Day of Appointment** — Reminder text to client regarding upcoming appointment and location. | Elizabeth Doren | SENIOR PARALEGAL | $ 125.00 | 0.10 | $ 12.50 |
| 02/08/2018 | **Received Signed Petition** — Meeting with attorney to finalize case, sign petition, provide requested documents/information | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.50 | $ 137.50 |
| 02/13/2018 | **Voluntary PC Reviewed** — Payroll information confirmed, updated schedule I employment information, & Voluntary Payroll Control | Lee Sigman | SENIOR PARALEGAL | $ 125.00 | 0.20 | $ 25.00 |
| 02/13/2018 | **Client Corner Message Received** — Receipt, review, and hanlding of client's message from client corner. | Mario Arreola | SENIOR ATTORNEY | $ 325.00 | 0.10 | $ 32.50 |
| 02/14/2018 | **Client Called** — Call received from Client | Scott Greenwood | ATTORNEY | $ 275.00 | 0.20 | $ 55.00 |
| 02/15/2018 | **Client Fax Received** — Received, processed, saved to record and forwarded to attorney for review | Ron Dwyer | PARALEGAL | $ 85.00 | 0.20 | $ 17.00 |
| 02/15/2018 | **Client Called** — Call received from Client | Mario Arreola | SENIOR ATTORNEY | $ 325.00 | 0.20 | $ 65.00 |
| 02/19/2018 | **Client Letter Received** — Letter received from client | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.20 | $ 55.00 |

# Time Itemization for LaDon Harris and Octavia Harris, Debtor(s)

Docket No.: 18-07325

| Date | Work | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 02/19/2018 | **Work Done** — Work completed: review of case with junior attorney | Jonathan Parker | SUPERVISING ATTORNEY | $325.00 | 0.50 | $162.50 |
| 02/19/2018 | **Call to Client** — Call to client by corresponding attorney/paralegal rep | Merid Mekonnen (I) | JUNIOR ATTORNEY | $275.00 | 0.10 | $27.50 |
| 02/20/2018 | **Client Corner Message Sent** — Message sent to client via the online Client Corner. | Merid Mekonnen (I) | JUNIOR ATTORNEY | $275.00 | 0.10 | $27.50 |
| 02/20/2018 | **Client Corner Message Received** — Receipt, review, and hanlding of client's message from client corner. | Mario Arreola | SENIOR ATTORNEY | $325.00 | 0.10 | $32.50 |
| 02/20/2018 | **Client Corner Message Received** — Receipt, review, and hanlding of client's message from client corner. | Mario Arreola | SENIOR ATTORNEY | $325.00 | 0.10 | $32.50 |
| 02/21/2018 | **Client Corner Message Sent** — Message sent to client via the online Client Corner. | Merid Mekonnen (I) | JUNIOR ATTORNEY | $275.00 | 0.10 | $27.50 |
| 02/22/2018 | **Reviewed Complete File** — Detailed review of petition, plan, and all supporting documents in file. Completed 12 page checklist during review and noted to client's record | Briana Czajka | SENIOR COURT ATTORNEY | $325.00 | 0.90 | $292.50 |
| 02/22/2018 | **Client Corner Message Received** — Receipt, review, and hanlding of client's message from client corner. | Mario Arreola | SENIOR ATTORNEY | $325.00 | 0.10 | $32.50 |

**Time Itemization for LaDon Harris and Octavia Harris, Debtor(s)**  **Docket No.: 18-07325**

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 02/23/2018 | **Client Called**<br>Call received from Client | Ryan Fojo | SENIOR COURT ATTORNEY | $ 325.00 | 0.20 | $ 65.00 |
| 02/26/2018 | **Call to Client**<br>Call to client by corresponding attorney/paralegal rep | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.50 | $ 137.50 |
| 02/26/2018 | **Client Corner Message Received**<br>Receipt, review, and hanlding of client's message from client corner. | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.10 | $ 27.50 |
| 02/26/2018 | **Client Corner Message Sent**<br>Message sent to client via the online Client Corner. | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.10 | $ 27.50 |
| 02/27/2018 | **Client Corner Message Received**<br>Receipt, review, and hanlding of client's message from client corner. | Mario Arreola | SENIOR ATTORNEY | $ 325.00 | 0.10 | $ 32.50 |
| 03/02/2018 | **Client Corner Message Received**<br>Receipt, review, and hanlding of client's message from client corner. | Mario Arreola | SENIOR ATTORNEY | $ 325.00 | 0.10 | $ 32.50 |
| 03/02/2018 | **Client Corner Message Received**<br>Receipt, review, and hanlding of client's message from client corner. | Mario Arreola | SENIOR ATTORNEY | $ 325.00 | 0.10 | $ 32.50 |
| 03/03/2018 | **Call to Client**<br>Call to client by corresponding attorney/paralegal rep | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.30 | $ 82.50 |

Time Itemization for LaDon Harris and Octavia Harris, Debtor(s)    Docket No.: 18-07325

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 03/03/2018 | **Client Corner Message Sent** Message sent to client via the online Client Corner. | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.10 | $ 27.50 |
| 03/04/2018 | Client Corner Message Received Receipt, review, and hanlding of client's message from client corner. | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.10 | $ 27.50 |
| 03/06/2018 | Client Corner Message Received Receipt, review, and hanlding of client's message from client corner. | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.10 | $ 27.50 |
| 03/06/2018 | **Client Corner Message Sent** Message sent to client via the online Client Corner. | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.10 | $ 27.50 |
| 03/06/2018 | Client Corner Message Received Receipt, review, and hanlding of client's message from client corner. | Mario Arreola | SENIOR ATTORNEY | $ 325.00 | 0.10 | $ 32.50 |
| 03/08/2018 | Client Corner Message Received Receipt, review, and hanlding of client's message from client corner. | Mario Arreola | SENIOR ATTORNEY | $ 325.00 | 0.10 | $ 32.50 |
| 03/09/2018 | Client Called Call received from Client | Mario Arreola | SENIOR ATTORNEY | $ 325.00 | 0.20 | $ 65.00 |
| 03/10/2018 | **Call to Client** Call to client by corresponding attorney/paralegal rep | Mario Arreola | SENIOR ATTORNEY | $ 325.00 | 0.10 | $ 32.50 |

**Time Itemization for LaDon Harris and Octavia Harris, Debtor(s)**  Docket No.: 18-07325

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 03/10/2018 | **Work Done** Work completed: Drafted disclaimer for client to review and sign | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.40 | $ 110.00 |
| 03/10/2018 | **Client Corner Message Received** Receipt, review, and hanlding of client's message from client corner. | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.10 | $ 27.50 |
| 03/10/2018 | **Client Corner Message Sent** Message sent to client via the online Client Corner. | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.10 | $ 27.50 |
| 03/12/2018 | **Client Corner Message Received** Receipt, review, and hanlding of client's message from client corner. | Mario Arreola | SENIOR ATTORNEY | $ 325.00 | 0.10 | $ 32.50 |
| 03/12/2018 | **Call to Client** Call to client by corresponding attorney/paralegal rep | Mario Arreola | SENIOR ATTORNEY | $ 325.00 | 0.10 | $ 32.50 |
| 03/12/2018 | **Client Corner Message Received** Receipt, review, and hanlding of client's message from client corner. | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.10 | $ 27.50 |
| 03/13/2018 | **Review CF on this Date** sent for wpo | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.10 | $ 27.50 |
| 03/13/2018 | **Client Corner Message Received** Receipt, review, and hanlding of client's message from client corner. | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.10 | $ 27.50 |

Time Itemization for LaDon Harris and Octavia Harris, Debtor(s)        Docket No.: 18-07325

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 03/13/2018 | **Client Corner Message Sent** Message sent to client via the online Client Corner. | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.10 | $ 27.50 |
| 03/13/2018 | **Call to Client** Call to client by corresponding attorney/paralegal rep | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.10 | $ 27.50 |
| 03/13/2018 | **Client Corner Message Received** Receipt, review, and hanlding of client's message from client corner. | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.10 | $ 27.50 |
| 03/14/2018 | **Case Filed in Bankruptcy Court** Case Filed Electronically! Case information input into computer | Ron Dwyer | PARALEGAL | $ 85.00 | 0.30 | $ 25.50 |
| 03/14/2018 | **Client Text Message Sent** Review of record, response drafted and text message sent to client. | Ron Dwyer | PARALEGAL | $ 85.00 | 0.06 | $ 5.10 |
| 03/14/2018 | **Called Client with CF Details** Called client post Case filing to give docket #, missing docs, 341 reveiw and discussion of any pending issues | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.25 | $ 68.75 |
| 03/14/2018 | **Client Corner Message Sent** Message sent to client via the online Client Corner. | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.10 | $ 27.50 |
| 03/15/2018 | **Client Text Message Sent** Review of record, response drafted and text message sent to client. | Christine Cassidy | PARALEGAL | $ 85.00 | 0.06 | $ 5.10 |

# Time Itemization for LaDon Harris and Octavia Harris, Debtor(s)

Docket No.: 18-07325

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 03/15/2018 | **Case Stays Mailed**<br>Post Case Filing Packet mailed/emailed to client with docket #, list of creditors, FAQs, & Payment envelopes | Joseph Aquilla | INTERN | $ 50.00 | 0.30 | $ 15.00 |
| 03/16/2018 | **Tax Documents Delivered to TT**<br>Tax Documents Delivered to the Trustee via requested method | Katarzyna Lichon | SENIOR PARALEGAL | $ 125.00 | 0.20 | $ 25.00 |
| 03/16/2018 | **Pay Advices Delivered to TT**<br>Pay Advices or other proof of income Delivered to the Trustee via Requested Method | Katarzyna Lichon | SENIOR PARALEGAL | $ 125.00 | 0.20 | $ 25.00 |
| 03/16/2018 | **Order - Wage Assignment**<br>Order of Wage Assignment sent to employer with copy of Payroll Control Order | Herrah Hussain | PARALEGAL | $ 85.00 | 0.40 | $ 34.00 |
| 03/16/2018 | **Email Sent**<br>Email sent to someone other than a current client.<br>order for Payroll Control emailed to employer | Herrah Hussain | PARALEGAL | $ 85.00 | 0.10 | $ 8.50 |
| 03/20/2018 | **Client Corner Message Received**<br>Receipt, review, and hanlding of client's message from client corner. | Dale Riley | SENIOR COURT ATTORNEY | $ 325.00 | 0.10 | $ 32.50 |
| 03/24/2018 | **Debt Management Certificate Filed**<br>Text to client advising Debtor education certificate filed with the court | Jasmine Tucker | SENIOR PARALEGAL | $ 125.00 | 0.10 | $ 12.50 |
| 03/28/2018 | **Client Corner Message Received**<br>Receipt, review, and hanlding of client's message from client corner. | Christopher Dyer | JUNIOR ATTORNEY | $ 275.00 | 0.10 | $ 27.50 |

**Time Itemization for LaDon Harris and Octavia Harris, Debtor(s)**    Docket No.: 18-07325

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 03/28/2018 | **Client Corner Message Sent**<br>Message sent to client via the online Client Corner. | Christopher Dyer (1) | JUNIOR ATTORNEY | $ 275.00 | 0.10 | $ 27.50 |
| 04/03/2018 | **13 - Prepped File for 341**<br>Review of client's record, case, plan, Trustee website, and documents prior to 341 | Christopher Dyer | JUNIOR ATTORNEY | $ 275.00 | 0.30 | $ 82.50 |
| 04/03/2018 | **341 Reminder - Texted Client**<br>Text reminder to client for 341 meeting time and location | Christopher Dyer (2) | JUNIOR ATTORNEY | $ 275.00 | 0.10 | $ 27.50 |
| 04/04/2018 | **Call to Client - 341 Reminder**<br>Call to client to discuss 341 appearance requirement, Chapter 13 Payments, missing documents, etc | Christopher Dyer | JUNIOR ATTORNEY | $ 275.00 | 0.20 | $ 55.00 |
| 04/04/2018 | **Client Letter Received**<br>Letter received from client<br>Mail from IDHS Child Support scanned and sent to attorney | Itandegui Espino | INTERN | $ 50.00 | 0.10 | $ 5.00 |
| 04/10/2018 | **341 Reminder - Texted Client**<br>Text reminder to client for 341 meeting time and location | Katarzyna Lichon | SENIOR PARALEGAL | $ 125.00 | 0.10 | $ 12.50 |
| 04/12/2018 | **13 - 341 Appearance**<br>Appearance at 341 meeting, reviewed file with client, prepared client for 341 meeting and attended meeting of creditors. Entered notes from meeting into client record. | Christopher Dyer | JUNIOR ATTORNEY | $ 275.00 | 0.60 | $ 165.00 |
| 04/23/2018 | **Voluntary Payroll Control Active**<br>Review of Trustee website confirming that Employer has sent and Trustee received plan payment | Katarzyna Lichon | SENIOR PARALEGAL | $ 125.00 | 0.10 | $ 12.50 |

# Time Itemization for LaDon Harris and Octavia Harris, Debtor(s)

Docket No.: 18-07325

| Date | Description | Employee Name | Title | Rate | Time (Hrs) | Value |
|---|---|---|---|---|---|---|
| 05/07/2018 | **Amendment Done** Received and reviewed documents for amendment. Prepared amendment, saved to client's ECF folder. Amended Schedules A-C or G-J (No Fee) | Christopher Dyer | JUNIOR ATTORNEY | $ 275.00 | 0.50 | $ 137.50 |
| 05/10/2018 | **Appeared - Case Continued** Appearance at a motion or confirmation hearing that has been continued. appeared at confirmation hearing, continued to 7/19 | Dale Riley | SENIOR COURT ATTORNEY | $ 325.00 | 0.10 | $ 32.50 |
| 05/10/2018 | **Client Corner Message Sent** Message sent to client via the online Client Corner. | Dale Riley | SENIOR COURT ATTORNEY | $ 325.00 | 0.10 | $ 32.50 |
| 06/18/2018 | **Client Letter Received** Letter received from client correspondence received for case, scanned and sent to handling attorney | Ijeoma Okere | INTERN | $ 50.00 | 0.20 | $ 10.00 |
| 06/21/2018 | **Work Done** Work completed: documents received via upload, reviewed | Merid Mekonnen | JUNIOR ATTORNEY | $ 275.00 | 0.50 | $ 137.50 |
| 06/25/2018 | **13 Reviewed for Additional Fees** Chapter 13 reviewed as a non-cara case | Anna Morowczynski | SENIOR PARALEGAL | $ 125.00 | 1.50 | $ 187.50 |

|  |  |
|---|---|
| 23.1 | $ 5,638.15 |